```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
TRIAL RUNNERS LLC d/b/a ORPHANOS,

                        Plaintiff,

        -against-                                    20 Civ. 1674 (AT)

ACTINIUM PHARMACEUTICALS, INC.,                      ORDER

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/17/2020_

ANALISA TORRES, District Judge:

     An initial pretrial conference is scheduled in this action for April 23, 2020, at 11:00 a.m. The conference will proceed in accordance with the Court's Emergency Rules and Practices in light of COVID-19. Accordingly, it is ORDERED that at 11:00 a.m. on April 23, 2020, the parties shall call into the Court's dedicated conference line at (888) 398-2342, and then enter the access code 559-8827, followed by the pound sign.

     SO ORDERED.

Dated: April 17, 2020
      New York, New York

                                              ANALISA TORRES
                                      United States District Judge